UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re:

ADIDSUDA CHUNTON,

                Debtor.

-----------------------------------------------------------------x
PARANEE SARIKAPUTAR ET AL.,

                Plaintiffs,

  - against -

ADIDSUDA CHUNTON
*aka* Amy Chunton
*aka* Adidsuda Phuprasert
*aka* Amy Phuprasert,

                Defendant.
-----------------------------------------------------------------x

Case No. 8-20-73563-reg

Chapter 7

Adv. Proc. No. 8-21-08050-reg

## **JUDGMENT**

For the reasons stated in the Decision After Trial dated August 24, 2023, judgment is entered in favor of the Remaining Plaintiffs as to their claim under 11 U.S.C. § 727(a)(4)(A), and the Debtor's discharge will be denied.



Dated: Central Islip, New York
      August 24, 2023

                                            Robert E. Grossman
                                        United States Bankruptcy Judge